UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
MOLINE DIVISION

| | |
|---|---|
| LEROY WORKMAN, individually and on behalf of all others similarly situated,<br><br>      *Plaintiff*,<br><br>vs.<br><br>DEERE & COMPANY<br><br>      *Defendant*. | Civil Action No. 4:24-cv-04245-SLD-RLH<br><br>**PLAINTIFF'S MOTION FOR LEAVE TO REPLY TO DEFENDANT'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE AN OPPOSITION MEMORANDUM TO DEFENDANT'S MOTION TO DISMISS** |

## MOTION FOR LEAVE OF COURT

NOW INTO COURT comes Plaintiff Leroy Workman, ("Plaintiff"), through undersigned counsel who respectfully moves this court for an extension of time to file its opposition to Defendant's Motion to Dismiss filed on February 12, 2025 (ECF 9). In support, Plaintiff avers the following:

I.

On December 31, 2024, the Plaintiff filed its Complaint on behalf of himself, and others similarly situated as a result of a recall action concerning a defect in the tractor's braking system that could cause the braking mechanism to fail and create a crash hazard for drivers of the tractor (ECF 1).

II.

The Defendant filed a Motion to Dismiss on February 12, 2025, and the Plaintiff was to respond by February 26, 2025 (ECF 9). On June 13, 2025, Plaintiff's requested leave to file its opposition memorandum (ECF 12). The defense filed its opposition on June 19, 2025 (ECF 13). This motion for leave to reply now follows.

Dated: June 26, 2025

                                                    Paul J. Doolittle
                                                    **POULIN | WILLEY | ANASTOPOULO**
                                                      32 Ann Street
                                                      Charleston, SC 29403
                                                      Telephone: (803) 222-2222
                                                      Fax: (843) 494-5536
                                                      Email: paul.doolittle@poulinwilley.com
                                                                   cmad@poulinwilley.com

                                                     *Attorneys for Plaintiff Leroy Workman*

## CERTIFICATE OF SERVICE

    I hereby certify that on June 26, 2025, a copy of the foregoing was served on opposing counsel by filing with the Court's electronic filing system.

                                                    */s/ Paul J. Doolittle*
                                                    Paul J. Doolittle, Esq.