E-FILED
Thursday, 26 June, 2025 05:24:39 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
MOLINE DIVISION

| | |
|---|---|
| LEROY WORKMAN, individually and on behalf of all others similarly situated,<br><br>    *Plaintiff*,<br><br>vs.<br><br>DEERE & COMPANY<br><br>    *Defendant*. | Civil Action No. 4:24-cv-04245-SLD-RLH<br><br>PLAINTIFF'S REPLY MEMORANDUM IN SUPPORT OF ITS MOTION FOR LEAVE TO FILE ITS OPPOSITION TO THE DEFENDANT'S MOTION TO DISMISS |

**PLAINTIFF'S REPLY IN SUPPORT OF MOTION FOR LEAVE TO FILE OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

NOW INTO COURT, through undersigned counsel, comes Plaintiff Leroy Workman, who respectfully submits this reply in support of his Motion for Leave to File Opposition to Defendant's Motion to Dismiss, and states as follows:

**I. The Delay Was Neither Willful Nor Prejudicial**

Defendant suggests that Plaintiff's failure to timely file an opposition should result in a waiver of the right to respond. However, courts in this Circuit favor resolving cases on their merits rather than through procedural defaults. *See, e.g.*, *Cracco v. Vitran Exp., Inc.*, 559 F.3d 625, 631 (7th Cir. 2009) (emphasizing preference for decisions on the merits rather than technicalities in the context of default judgments). Plaintiff's delay was not a product of bad faith or intentional disregard, but rather counsel's oversight, which was promptly acknowledged and corrected.

1

Defendant has not demonstrated any actual prejudice from permitting Plaintiff to file an opposition. No ruling has been issued on the Motion to Dismiss, no scheduling orders have been disrupted, and the Court retains full discretion to consider Plaintiff's opposition in the interest of fairness and justice.

## II. The Merits Warrant Consideration

This is not a case where the underlying opposition is frivolous or futile. Plaintiff's claims raise substantive factual and legal issues related to an alleged brake system defect that prompted a national recall. The importance of the issues presented, particularly in a putative class action involving consumer safety, further supports the granting of leave so that the Court may have the benefit of full briefing.

## IV. Conclusion

Plaintiff respectfully urges the Court to grant the Motion for Leave and accept the proposed opposition memorandum for filing. Doing so will ensure the case proceeds on a complete record and consistent with the strong preference for adjudication on the merits.

Dated: June 26, 2025

/s/ *Paul J. Doolittle*
Paul J. Doolittle
**POULIN | WILLEY | ANASTOPOULO**
32 Ann Street
Charleston, SC 29403
Telephone: (803) 222-2222
Fax: (843) 494-5536
Email: paul.doolittle@poulinwilley.com
cmad@poulinwilley.com

*Attorney for Plaintiff Leroy Workman*

## CERTIFICATE OF SERVICE

I hereby certify that on June 26, 2025, a copy of the foregoing was served on opposing counsel by filing with the Court's electronic filing system.

*/s/ Paul J. Doolittle*
Paul J. Doolittle, Esq.